Andrew Roman Perrong, OSB No. 243320
a@perronglaw.com
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
215-225-5529
Attorney for Plaintiff and the Proposed Class

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF OREGON
### PORTLAND DIVISION

| | |
|---|---|
| BRIANNA BEAUDOIN, individually and on behalf of a class of all persons and entities similarly situated,<br><br>　　　　Plaintiff<br><br>vs.<br><br>PACMUTUAL LLC<br><br>　　　　Defendant. | Case No. 3:25-cv-01715-YY<br><br>NOTICE OF DISMISSAL<br>TCPA (47 U.S.C. § 227)<br>DEMAND FOR JURY TRIAL |

### NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Brianna Beaudoin ("Plaintiff") respectfully notifies that the above-captioned matter is voluntarily dismissed without prejudice.

RESPECTFULLY SUBMITTED AND DATED this November 17, 2025.

　　　　　　　　　　　　　　　　　　/s/ Andrew Roman Perrong
　　　　　　　　　　　　　　　　　　Andrew Roman Perrong, Esq.
　　　　　　　　　　　　　　　　　　Perrong Law LLC
　　　　　　　　　　　　　　　　　　2657 Mount Carmel Avenue
　　　　　　　　　　　　　　　　　　Glenside, Pennsylvania 19038
　　　　　　　　　　　　　　　　　　Phone: 215-225-5529 (CALL-LAW)
　　　　　　　　　　　　　　　　　　Facsimile: 888-329-0305
　　　　　　　　　　　　　　　　　　a@perronglaw.com